## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

LU'VELL LIVINGSTON, II, and                                                                PLAINTIFFS
MOLTON OGLESBY

v.                                    No. 5:08CV00330JLH/HLJ

GERALD ROBINSON, et al.                                                                    DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiffs' complaint against defendants is hereby DISMISSED for failure to state a claim.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 28th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE